# *United States Probation & Pretrial Services*

United States District Court
Central District of California



| | |
|---|---|
| Kiry K. Gray<br>District Court Executive / Clerk of Court | Michelle A. Carey<br>Chief Probation & Pretrial Services Officer |

December 12, 2019



**FILED**
**CLERK, U.S. DISTRICT COURT**

**12/13/19**

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____ clo DEPUTY

United States District Court

Los Angeles, California

Re:  Release Order Authorization
Docket No: 2:19-mj-04991-01
Defendant:  Hodges, Nicholas

To Whom It May Concern:

On November 26, 2019, the defendant's bond was set by the Honorable Gail J. Standish. Special conditions of the bond include: **RELEASE TO PRETRIAL SERVICES ONLY**, for placement in Residential Substance Abuse Treatment.

Please be advised that the defendant has been found acceptable for placement in:

Phoenix House Venice 503 Ocean Front Walk, Venice, CA 90291

If you determine that the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

Officer's Name:  Michelle T. Ries

Officer's Title:  Sr. U.S. Probation and Pretrial Services Officer

Officer's Phone Number:  213-894-0026

**Edward R. Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Suite 1410, Los Angeles, CA 90012-3332 /**
**213-894-4726 phone, 213-894-0231 fax**